IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JOHNNY CLIFTON MALOY,

    Plaintiff,

vs.                                                                            No. CIV 13-0294 JB/KBM

JUDITH M. ANGLIN;
S.J.C. MAGISTRATE JUDGE MOSSBERGER;
S.J.C. MAGISTRATE JUDGE CHARLEY,

    Defendants.

## FINAL JUDGMENT

**THIS MATTER** comes before the Court on its Memorandum Opinion and Order Adopting the Chief Magistrate Judge's Proposed Analysis and Recommended Disposition, filed April 30, 2013 (Doc. 7) and rule 58(a) of Federal Rules of Civil Procedure. The Court adopted the Honorable Karen B. Molzen, Chief United States Magistrate Judge's recommendation that Plaintiff Johnny Clifton Maloy's Application to Proceed in District Court Without Prepaying Fees or Costs, filed March 27, 2013 (Doc. 2), be denied, and that his Civil Rights Complaint Pursuant to 42 U.S.C. § 1983, filed March 27, 2013 (Doc. 1), be dismissed for lack of subject-matter jurisdiction.

**IT IS ORDERED** that the Plaintiff's cause of action is dismissed without prejudice.

                                                                 _____
                                                                 UNITED STATES DISTRICT JUDGE

*Parties and Counsel*:

Johnny Clifton Maloy
Bloomfield, New Mexico

    *Plaintiff pro se*